**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-6167**

_____

BART DANIEL MILLIRONS,

Plaintiff - Appellant,

versus

FRANK DREW; D. D. NOHA; J. P. MCINTIRE; J.
OCHS,

Defendants - Appellees,

and

NURSE LEBO,

Defendant.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. Claude M. Hilton, Chief District
Judge. (CA-94-1212)

_____

Submitted: March 17, 1998          Decided: April 3, 1998

_____

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Bart Daniel Millirons, Appellant Pro Se.  Charles Everett Malone,
CLARK & STANT, P.C., Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Millirons v. Drew, No. CA-94-1212 (E.D. Va. Jan. 2, 1997) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2